IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW JERSEY | ) ) ) | Hon. Joseph H. Rodriguez |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-04625 |
| SUNOCO, INC. (R&M), | ) ) | |
| Defendant. | ) | |

**ORDER TO TERMINATE CONSENT DECREE**

This matter having been raised before the Court on the Motion of Defendant Sunoco, Inc. (R&M) ("Sunoco"), for an Order terminating the Consent Decree entered by this Court on December 2, 2003, as modified by this Court's March 15, 2004 Order to Substitute Sunoco for Coastal Eagle Point Oil Company ("Consent Decree") [44], and the Court having considered the Declaration of Michael G. Murphy submitted in Support of Sunoco, Inc. (R&M)'s Motion to Terminate the Consent Decree and the exhibit annexed thereto, and the Court having been informed that neither Plaintiff opposes the Motion or this Court's issuance of the proposed Order terminating the Consent Decree,

IT IS THEREFORE this 5th day of March, 2012 ORDERED that the Consent Decree is hereby terminated.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
United States District Judge